**Order filed May 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00725-CR
_____

### EX PARTE BRENT JUSTICE, Appellant

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1385768**

## O R D E R

This appeal arises from an order denying appellant's application for a pre-trial writ of habeas corpus. On February 29, 2016, an appeal from appellant's conviction in this trial court cause number was assigned to this court (Appeal Number 14-16-00153-CR). Thus it appears that appellant's habeas claim is moot.

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record in this appeal on or before May 23, 2016, containing the judgment of conviction entered in *Brent Justice v. The State of Texas* (176th District Court, Harris County, Trial Court Cause No. 1385768).

PER CURIAM